IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BARRY BURNS, *et al.*,              )
                                    )
    Plaintiffs,             )
                                    )
v.                                  )    Civil No. 3:07-0746
                                    )    Judge Trauger
APARTMENT INVESTMENT AND            )
MANAGEMENT COMPANY, AIMCO           )
PROPERTIES, L.P., NHP MANAGEMENT,   )
INC., and AIMCO/BETHESDA HOLDINGS, INC.,)
                                    )
    Defendants.             )

## **O R D E R**

It is hereby **ORDERED** that the Motion to Approve Settlement (Docket No. 87) shall be held in abeyance until resolution of Grady Lamb's Motion to Intervene (Docket No. 85).

It is so **ORDERED**.

ENTER this 14th day of October 2008.

_____
ALETA A. TRAUGER
U.S. District Judge