IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BARRY BURNS, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 3:07-CV-00746 |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, et al., | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the parties' Stipulation of Dismissal, and the entire record therein,

IT IS HEREBY ORDERED THAT:

This action is dismissed with prejudice.

Date: _____April 7_____, 2011.

_____
United States District Judge

5070151_1.DOC